UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Daniel Pizzi,

    Plaintiff,

vs.

Park Hotels & Resort Inc. et al

    Defendants

    Individually,

    Defendants.

CASE NO.: 0:17-cv-61006

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties in the above-styled action have settled this matter in its entirety. Accordingly, no hearing will be necessary. Additionally, the parties request fifteen (15) business days to file all necessary documents.

Dated: August 18, 2017                Respectfully submitted by,

**s/** Rainier Regueiro, Esq.
Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
Rainier Regueiro, Esq.
Florida Bar No. 115578
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

CHRISTINE LYNNE WILSON
JACKSON LEWIS P.C.
2 S BISCAYNE BOULEVARD
SUITE 3500 ONE BISCAYNE TOWER
MIAMI, FL 33131-1802
373-4466 (FAX)
T: 305-577-7600
WILSONC@JACKSONLEWIS.COM

                            **s/ Rainier Regueiro, Esq.**
                              Rainier Regueiro, Esq.
                              Florida Bar No. 115578