UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-61006-UU

DANIEL PIZZI,

    Plaintiff,

v.

PARK HOTELS & RESORT INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

The Court is fully advised in the premises.

On August 21, 2017, the Court issued its Notice of Court Practices regarding settlement. D.E. 23. In that Notice, the Court ordered the Parties to file all papers related to the settlement by September 15, 2017. *Id*. The Court warned that "[i]f such papers are not filed by this deadline, all pending claims will be dismissed without further notice." To date, the Parties have not filed their settlement papers. Neither have they moved for an extension of time to do so. Accordingly, it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 23d day of October, 2017.

                                                              */s/ Ursula Ungaro*
                                                 UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf

Case 0:17-cv-61006-UU Document 21 Entered on FLSD Docket 10/23/2017 Page 2 of 2