UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 0:17-cv-61006-UU

Daniel Pizzi,

    Plaintiff,

vs.

Park Hotels & Resort Inc.,

    Defendant.

### ORDER ON JOINT MOTION TO REOPEN CASE AND ENTER ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come before the Court on the Joint Motion to Reopen Case and Enter an Order of Dismissal with Prejudice, filed by Plaintiff, Daniel Pizzi, and Defendant, Hilton Management LLC, as a successor in interest to Park Hotels & Resort Inc., and the Court having reviewed the Motion, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is:

ORDERED and ADJUDGED that:

1. The case is REOPENED;
2. The parties' stipulation of dismissal with prejudice is approved, adopted and ratified, and this matter is hereby DISMISSED WITH PREJUDICE. Each party shall bear his/its own costs and attorneys' fees, except as otherwise agreed to by the parties; and
3. The case is CLOSED for administrative purposes.

-2-

DONE AND ORDERED in Miami, Florida. this 3d day of November, 2017.

                                                                                    _____
                                                                                    **URSULA UNGARO**
                                                                                    **UNITED STATES DISTRICT JUDGE**

Copies furnished to: *All Counsel of Record*